UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA

　　　　　　　　Plaintiff,

v.

LAWRENCE GERARD NASSAR

　　　　　　　　Defendant.

Case No. 1:16-cr-00242-JTN

Hon. Janet T. Neff

**DEFENDANT'S INITIAL PRETRIAL CONFERENCE SUMMARY STATEMENT**

Defendant _____LAWRENCE GERARD NASSAR_____, through his/her attorney, submits the following initial pretrial conference summary statement.

I. **DISCOVERY**

☒ The defendant requests disclosure pursuant to Federal Rules of Evidence 404(b).

The defendant ☒ will ☐ will not provide reciprocal discovery.

II. **TRIAL**

The defendant requests a ☒ jury ☐ non-jury trial.

III. **MISCELLANEOUS**

☐ This case may be appropriate for expedited resolution and sentencing. Defendant consents to preparation of an expedited sentencing report and waives the applicable provisions established in Rule 32(e)(1)(2) and (f)(1)(2)(3) of the Federal Rules of Criminal Procedure; this does not obligate defendant to plead guilty.

☒ Counsel for defendant is unaware at this time of any known conflict with counsel's representation of defendant. Counsel will immediately advise the court if any such conflict becomes known.

☐ Counsel for defendant is aware of the following potential conflicts:

IV. **OBLIGATIONS**

☒ Counsel for defendant acknowledges having reviewed the Obligations of Defense Counsel section available at the court's website, www.miwd.uscourts.gov >> Attorney Information >> Criminal Case Information.

Date _____December 20, 2016_____          _____/s/ MATTHEW R. NEWBURG_____
　　　　　　　　　　　　　　　　　　　　　　　　　　Counsel for Defendant

(Rev. 07/27/2015)