UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

       Plaintiff,                    Case No. 1:16–cr–00242–JTN

v.                                Hon. Janet T. Neff

LAWRENCE GERARD NASSAR,

       Defendant.
_____/

## NOTICE OF HEARING

TAKE NOTICE that a hearing has been scheduled as set forth below:

Type of hearing(s):   Change of Plea Hearing
Date/Time:            July 11, 2017   10:30 AM
Magistrate Judge:    Ray Kent
Place/Location:       584 Federal Building, Grand Rapids, MI

                                          RAY KENT
                                          U.S. Magistrate Judge

Dated:  July 10, 2017        By:    /s/ Faith Hunter Webb
                                             Judicial Assistant