# UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF MICHIGAN
## CRIMINAL MINUTE SHEET

| USA v. Lawrence Gerard Nassar | | DISTRICT JUDGE: Janet T. Neff |
|---|---|---|
| **CASE NUMBER** | **DATE** | **TIME (begin/end)** | **PLACE** | **INTERPRETER** |
| 1:16-cr-242 | 12/7/2017 | 10:58 AM - 11:49 AM | Grand Rapids | |

### APPEARANCES

| Government: Sean M. Lewis | Defendant: Matthew Newburg, Shannon Smith,* | Counsel Designation: Retained |
|---|---|---|

### TYPE OF HEARING
- [ ] Arraignment:
  - [ ] mute   [ ] nolo contendre
  - [ ] not guilty   [ ] guilty
- [ ] Final Pretrial Conference
- [ ] Detention (waived  )
- [ ] Motion Hearing
- [ ] Revocation/SRV/PV
- [ ] Bond Violation
- [ ] Change of Plea
- [x] Sentencing
- [ ] Trial
- [ ] Other: _____

### DOCUMENTS
- [ ] Defendant's Rights
- [ ] Waiver of Indictment
- [ ] Other: _____

Court to Issue:
- [ ] Order of Detention
- [ ] Notice of Sentencing
- [ ] Order Appointing Counsel
- [x] Other: Judgment

### CHANGE OF PLEA
Charging Document:
- [ ] Read   [ ] Reading Waived

Guilty Plea to Count(s) _____ of the _____

Count(s) to be dismissed at sentencing: _____

- [ ] Presentence Report Ordered
- [ ] Presentence Report Waived
- [ ] Plea Accepted by the Court
- [ ] Plea Taken under Advisement
- [ ] No Written Plea Agreement

### SENTENCING

Imprisonment: 240 Months each, consecutive
Probation: _____
Supervised Release: Life/Life/3 Years
Fine: $ Waived
Restitution: $57,488.52
Special Assessment: $ 5,300.00

Plea Agreement Accepted: [x] Yes  [ ] No
Defendant informed of right to appeal: [x] Yes  [ ] No
Counsel informed of obligation to file appeal: [x] Yes  [ ] No

Conviction Information:
  Date: 7/11/2017
  By: Plea
  As to Count(s): One, Two and Three

**ADDITIONAL INFORMATION:**
*Molly Blythe; The Indictment is dismissed on motion by the government.

| CUSTODY/RELEASE STATUS | BOND AMOUNT AND TYPE |
|---|---|
| Remanded to USM | $ |

| **CASE TO BE:** | **TYPE OF HEARING:** |
|---|---|
| **Reporter/Recorder:** Kathy Anderson | **Case Manager:** R. Wolters |