UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

FILED - GR
December 7, 2017 3:32 PM
CLERK OF COURT
U.S. DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
BY: ns /    SCANNED BY: /s/ 12/8/17

UNITED STATES OF AMERICA,

    Plaintiff,

v.

LAWRENCE GERARD NASSAR,

    Defendant.
_____/

Case No. 1:16-cr-242

HON. JANET T. NEFF

## ORDER REGARDING ADDITIONAL SENTENCING CONDITIONS

### MANDATORY/STANDARD CONDITIONS OF SUPERVISION

While on supervision, the defendant shall comply with mandatory and standard conditions of supervision including:

    DNA collection
    Drug testing, suspended
    Sex Offender Registration
    No firearms, destructive devices, or dangerous weapons

Additionally, the defendant shall comply with the following special conditions of supervision:

1. You must participate in a sex offender assessment and/or treatment, as approved by the probation officer, which may include physiological testing, such as polygraph, and/or ABEL Assessment. You will contribute to the cost of treatment in an amount approved by the probation officer and waive your right to confidentiality while involved in treatment.

2. You must provide the probation officer with access to any requested financial information and authorize the release of any financial information. The probation office will share financial information with the U.S. Attorney's Office.

3. Your residence and employment must be pre-approved by the probation officer.

4. You must not associate or have any contact with convicted sex offenders, unless in a therapeutic setting and with the permission of the probation officer.

5. You must not be employed in any position or participate as a volunteer in any activity that involves contact with children under the age of 18, except as approved by the probation officer.

6. You must have no contact with minors (under the age of 18) without the written approval of the probation officer and shall refrain from entering into any area where children frequently congregate including, but not limited to, parks, schools, day care centers, theme parks, theaters, and playgrounds.

7. You must not possess or publicly display any materials that may be viewed as lures for children, including but not limited to children's games, toys, videos, or clothing without prior approval of the probation officer.

8. You must not possess any materials depicting sexually explicit conduct as defined in 18 U.S.C. §2256(2)(A)(i)-(v), including visual, auditory, telephonic, or electronic media, and computer programs or services. You must not patronize any place whose primary purpose is to promote such materials or entertainment.

9. You must not access or possess any computer or computer-related devices, other electronic communication, data storage devices, or media in any manner or for any reason.

10. You must not have another individual access the Internet on your behalf to obtain files or information which you are restricted from accessing yourself, or accepting files or information from another person.

11. If the judgment imposes a fine or restitution, you must pay the fine or restitution in accordance with the Schedule of Payments page of this judgment. You must also notify the Court of any changes in economic circumstances that might affect the ability to pay this financial obligation.

## SPECIAL ASSESSMENT

IT IS FURTHER ORDERED that the defendant pay to the United States an additional special assessment of $5,000.00 on Count Two, pursuant to the Justice for Victims of Trafficking Act of 2015.

## RESTITUTION

IT IS FURTHER ORDERED that the defendant shall make restitution in the amount of $57,488.52. Restitution payments shall be made payable to the U.S. District Court Clerk, 110 Michigan, N.W., Grand Rapids, MI 49503, for distribution to the following victims:

| Victim | Amount |
|---|---|
| Child10 | $ 3,000.00 |
| Child11 | $ 4,516.37 |
| Child28 | $15,249.69 |
| Child29 | $32,622.46 |
| Child30 | $ 2,100.00 |
| **TOTAL:** | **$57,488.52** |

Having assessed the defendant's ability to pay, payment of the total criminal monetary penalties shall be due as follows:

    Minimum quarterly installments of $25.00 based on IFRP participation, or minimum monthly installments of $20.00 based on UNICOR earnings, during his period of incarceration, to commence 60 days after the date of this judgment. Any balance due upon commencement of supervision shall be paid during the term of supervision in minimum monthly installments of $100.00, to commence 60 days after release from imprisonment. All monies received from income tax refunds, lottery winnings, judgments, and/or any other anticipated or unexpected financial gains to any outstanding court-ordered financial obligations must be applied.

    I have reviewed and understand the above conditions of my sentence.

Dated: December 7, 2017

_Lawrence Gerard Nassar_
Lawrence Gerard Nassar
Defendant

_Shannon M. Smith_
Shannon M. Smith
Attorney for Defendant

_Matthew N._
Matthew Ryan Newburg
Attorney for Defendant

IT IS SO ORDERED.

_Janet T. Neff_
JANET T. NEFF
United States District Judge

3