# UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

| | | |
|---|---|---|
| Deborah S. Hunt<br>Clerk | 100 EAST FIFTH STREET, ROOM 540<br>POTTER STEWART U.S. COURTHOUSE<br>CINCINNATI, OHIO 45202-3988 | Tel. (513) 564-7000<br>www.ca6.uscourts.gov |

Filed: January 05, 2018

Ms. Shannon M. Smith
Smith Blythe
1668 S. Telegraph Road
Suite 140
Bloomfield Hills, MI 48302

Mr. Sean M. Lewis
Office of the U.S. Attorney
P.O. Box 208
Grand Rapids, MI 49501

Re: Case No. 17-2490, *USA v. Lawrence Nassar*
Originating Case No. : 1:16-cr-00242-1

Dear Counsel,

The Court issued the enclosed Order today in this case.

Sincerely yours,

s/Antoinette S. Macon
Case Manager
Direct Dial No. 513-564-7015

cc: Mr. Thomas Dorwin
    Mr. Lawrence Gerard Nassar

Enclosure

Case No. 17-2490

**UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT**

**ORDER**

UNITED STATES OF AMERICA

    Plaintiff - Appellee

v.

LAWRENCE GERARD NASSAR

    Defendant - Appellant

   Upon consideration of the motion of Shannon M. Smith to withdraw as counsel for the appellant,

   It is **ORDERED** that the motion be and it hereby is **GRANTED**.  The court will appoint new counsel to represent the appellant under the Criminal Justice Act.

                                         **ENTERED PURSUANT TO RULE 45(a),
RULES OF THE SIXTH CIRCUIT**
Deborah S. Hunt, Clerk

Issued:  January 05, 2018