# UNITED STATES COURT OF APPEALS
## FOR THE SIXTH CIRCUIT

| | | |
|---|---|---|
| Deborah S. Hunt<br>Clerk | 100 EAST FIFTH STREET, ROOM 540<br>POTTER STEWART U.S. COURTHOUSE<br>CINCINNATI, OHIO 45202-3988 | Tel. (513) 564-7000<br>www.ca6.uscourts.gov |

Filed: September 17, 2018

Mr. Thomas Dorwin
U.S. District Court
for the Western District of Michigan at Marquette
202 W. Washington Street
P.O. Box 698
Marquette, MI 49855-0000

          Re:  Case No. 17-2490, *USA v. Lawrence Nassar*
               Originating Case No.: 1:16-cr-00242-1

Dear Clerk,

  Enclosed is a copy of the mandate filed in this case.

                                            Sincerely,

                                            s/Antoinette Macon
                                            Case Manager
                                            Direct Dial No. 513-564-7015

cc:  Ms. Amy Lee Copeland
      Mr. Sean M. Lewis
      Mr. Lawrence Gerard Nassar

Enclosure

UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

_____

No: 17-2490

_____

Filed: September 17, 2018

UNITED STATES OF AMERICA

    Plaintiff - Appellee

v.

LAWRENCE GERARD NASSAR

    Defendant - Appellant

## MANDATE

  Pursuant to the court's disposition that was filed 08/22/2018 the mandate for this case hereby issues today.

COSTS: None