FILED - GR
December 18, 2018 9:40 AM
CLERK OF COURT
U.S. DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
BY: ns  SCANNED BY: /s/

12/12/18

CLERK OF COURT
GERALD R. FORD BUILDING
110 MICHIGAN ST., N.W. ROOM 399
GRAND RAPIDS, MI 49503

DEAR CLERK OF COURT,
  MAY I PLEASE HAVE A COPY OF MY DOCKET SHEET FOR CASE NO. 1:16-CR-242 AND A 2255 MOTION FORM. THANK YOU FOR YOUR TIME AND EFFORT.

  SINCERELY,
  LAWRENCE NASSAR 21504-040
  /s/ Lawrence Nassar
  USP - COLEMAN II
  PO BOX 1034
  COLEMAN, FL 33521

LAWRENCE NASSAR 21504-040
UNITED STATES PENITENTIARY-COLEMAN I
PO BOX 1034
COLEMAN, FL 33521

TAMPA FL 335
SAINT PETERSBURG FL
14 DEC 2018 PM 4 L



CLERK OF COURT
GERALD R. FORD BUILDING
110 MICHIGAN ST., N.W. ROOM 399
GRAND RAPIDS, MI 49503

49503$2317 C020