1/26/19

CLERK, U.S. DISTRICT COURT
399 FEDERAL BLDG.
110 MICHIGAN ST. NW
GRAND RAPIDS, MI 49503

FILED - GR
February 4, 2019 2:14 PM
CLERK OF COURT
U.S. DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
BY: ns / ____   SCANNED

DEAR CLERK,

THANK YOU FOR SENDING ME MY CRIMINAL DOCKET FOR CASE #: 1:16-cr-00242-JTN. I'VE REVIEWED IT WITH MY CASE MANAGER, MS. RULE. SHE SUGGESTED THAT I CONTACT YOU TO FIND OUT WHAT RECORDS YOU MAINTAIN AND WHAT RECORDS CAN I ORDER TO HAVE SENT TO ME. FURTHERMORE, WHAT WOULD BE THE COST TO HAVE THE DOCUMENTS SENT TO ME ON PAPER VS. ON A C.D.

THANK YOU FOR YOUR TIME

LAWRENCE NASSAR
21504-040

*Lawrence Nassar*

USP COLEMAN II
PO BOX 1034
COLEMAN, FL 33521

LAWRENCE NASSAR 21504-040
UNITED STATES PENITENTIARY - COLEMAN II
PO BOX 1034
COLEMAN, FL 33521



TAMPA FL 335
SAINT PETERSBURG FL
30 JAN 2019 PM 5 L

CLERK, U.S. DISTRICT COURT
399 FEDERAL BLDG.
110 MICHIGAN STREET, NW
GRAND RAPIDS, MI 49503

49503-236399