**FILED - GR**
October 7, 2019 10:36 AM
CLERK OF COURT
U.S. DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
BY: ns  SCANNED BY: TB /

UNITED STATES DISTRICT COURT          10/7/19

WESTERN DISTRICT OF MICHIGAN

SOUTHERN DIVISION


LAWRENCE GERARD NASSAR, MOVANT        RE: CASE No: 1:16-cr-242

V.                                    CASE No: 1:19-CV-685

UNITED STATES OF AMERICA, RESPONDENT


MOTION FOR APPOINTMENT OF COUNSEL


NOW COMES LAWRENCE GERARD NASSAR TO REQUEST
APPOINTMENT OF COUNSEL UNDER 18: U.S.C. § 3006 (A)(q)(2)(B).
NASSAR BELIEVES THAT THE "INTEREST OF JUSTICE" WARRANTS THE
APPOINTMENT OF COUNSEL IN THIS CASE. NASSAR RESPECTFULLY
REQUESTS THE APPOINTMENT OF AMY LEE COPELAND, J.D.
OF ROUSE + COPELAND, L.L.C., SAVANNAH, GEORGIA IF POSSIBLE.


DATE: OCTOBER 1, 2009


RESPECTFULLY SUBMITTED,
LAWRENCE GERARD NASSAR, 21504040
USP COLEMAN II
PO BOX 1034
COLEMAN, FL 33521

LAWRENCE NASSAR 21504-040
UNITED STATES PENITENTIARY - COLEMAN II
PO BOX 1034
COLEMAN, FL 33521

TAMPA
FL 335
02 OCT '19
PM 31



FOREVER USA

OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
399 FEDERAL BUILDING
110 MICHIGAN N.W.
GRAND RAPIDS, MI 49503-2363

49503-231799