UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

           Plaintiff,                         No. 1:16-CR-242

    vs.                                      Hon. Janet T. Neff
                                                  United States District Judge

LAWRENCE G. NASSAR,

           Defendant.
_____/

## MOTION TO TURN OVER FUNDS IN INMATE TRUST ACCOUNT TO APPLY TO CRIMINAL MONETARY PENALTIES

      The United States of America, by and through its attorneys, Andrew Byerly Birge, United States Attorney for the Western District of Michigan and Joel S. Fauson, Assistant United States Attorney, pursuant to 18 U.S.C. §§ 3613(a) and 3664(n), moves for an order requiring the Bureau of Prisons to turn over to the Clerk of the Court non-exempt funds held in the inmate trust account of Lawrence Nassar, Reg. No. 10250-040, and for those funds to be applied towards the criminal monetary penalties imposed in this case. A brief in support accompanies this motion.

                                                      Respectfully submitted,

                                                      ANDREW BYERLY BIRGE
                                                      United States Attorney

Dated: July 28, 2021                       /s/ Joel S. Fauson
                                                      JOEL S. FAUSON
                                                      Assistant United States Attorney
                                                      P.O. Box 208
                                                      Grand Rapids, MI 49501-0208
                                                      (616) 456-2404