# EXHIBIT 1

Date: 07/25/2021  
Time: 11:49 AM  
Location: DC

## Federal Bureau of Prisons

| Reg #: | 21504040 | Start Dt: 12/1/2017 | End Dt: 7/25/2021 | | |
|---|---|---|---|---|---|
| ☑ Money Received | | ☑ Money Sent | ☐ Contact List | ☐ Addresses | ☐ Phone List | ☐ Calls |
| ☐ Email List | | ☐ Messages | ☐ Visitor List | ☐ Visits | ☐ Timeline | |

### Money Received

| Transaction Date | Loc | Trans Type | Amount | Sender Nm | Address | City | St | Zip | Phone |
|---|---|---|---|---|---|---|---|---|---|
| 5/5/2021 5:32:36 AM | COA | Lockbox - CD | $1,400.00 | ▓ | | | | ▓ | |
| 4/9/2021 12:01:36 PM | COA | Payroll - DAP | $40.00 | | | | | | |
| 3/26/2021 10:06:31 AM | COA | Money Gram | $20.00 | ▓ | ▓ | ▓ | | ▓ | |
| 2/9/2021 5:18:02 AM | COA | Lockbox - CD | $600.00 | ▓ | | | | ▓ | |
| 1/21/2021 3:03:32 PM | COA | Money Gram | $200.00 | ▓ | ▓ | ▓ | | ▓ | |
| 12/14/2020 9:03:59 PM | COA | Money Gram | $200.00 | ▓ | ▓ | ▓ | | ▓ | |
| 11/17/2020 8:03:46 PM | COA | Money Gram | $200.00 | ▓ | ▓ | ▓ | | ▓ | |
| 10/13/2020 6:03:40 PM | COA | Money Gram | $200.00 | ▓ | ▓ | ▓ | | ▓ | |
| 9/20/2020 12:03:20 PM | COA | Money Gram | $200.00 | ▓ | ▓ | ▓ | | ▓ | |
| 8/28/2020 3:04:07 PM | COA | Money Gram | $200.00 | ▓ | ▓ | ▓ | | ▓ | |
| 8/4/2020 8:04:02 PM | COA | Money Gram | $200.00 | ▓ | ▓ | ▓ | | ▓ | |
| 7/30/2020 11:03:18 AM | COA | Money Gram | $200.00 | ▓ | ▓ | ▓ | | ▓ | |
| 7/13/2020 5:08:27 AM | COA | Lockbox - CD | $50.00 | ▓ | ▓ | ▓ | | ▓ | |
| 7/3/2020 4:03:52 PM | COA | Money Gram | $200.00 | ▓ | ▓ | ▓ | | ▓ | |
| 6/15/2020 10:03:34 AM | COA | Money Gram | $200.00 | ▓ | ▓ | ▓ | | ▓ | |
| 5/21/2020 10:03:30 PM | COA | Money Gram | $200.00 | ▓ | ▓ | ▓ | | ▓ | |
| 4/23/2020 7:03:48 PM | COA | Money Gram | $200.00 | ▓ | ▓ | ▓ | | ▓ | |
| 4/6/2020 10:03:20 AM | COA | Money Gram | $200.00 | ▓ | ▓ | ▓ | | ▓ | |
| 3/20/2020 8:03:55 PM | COA | Money Gram | $200.00 | ▓ | ▓ | ▓ | | ▓ | |

User ID: ▓

Date: 07/25/2021  
Time: 11:49 AM  
Location: DC

# Federal Bureau of Prisons

| Transaction Date | Loc | Trans Type | Amount | Sender Nm | Address | City | St | Zip | Phone |
|---|---|---|---|---|---|---|---|---|---|
| 3/3/2020 7:04:54 AM | COA | Money Gram | $300.00 | ▮ | ▮ | ▮ | ▮ | ▮ | ▮ |
| 2/21/2020 7:04:16 AM | COA | Money Gram | $200.00 | ▮ | ▮ | ▮ | ▮ | ▮ | ▮ |
| 2/20/2020 10:03:58 PM | COA | Money Gram | $200.00 | ▮ | ▮ | ▮ | ▮ | ▮ | ▮ |
| 2/3/2020 10:04:32 PM | COA | Money Gram | $250.00 | ▮ | ▮ | ▮ | ▮ | ▮ | ▮ |
| 1/13/2020 7:04:27 AM | COA | Money Gram | $200.00 | ▮ | ▮ | ▮ | ▮ | ▮ | ▮ |
| 12/20/2019 9:04:12 PM | COA | Money Gram | $200.00 | ▮ | ▮ | ▮ | ▮ | ▮ | ▮ |
| 12/8/2019 7:04:16 AM | COA | Money Gram | $200.00 | ▮ | ▮ | ▮ | ▮ | ▮ | ▮ |
| 11/23/2019 10:03:45 PM | COA | Money Gram | $300.00 | ▮ | ▮ | ▮ | ▮ | ▮ | ▮ |
| 11/2/2019 7:03:43 AM | COA | Money Gram | $200.00 | ▮ | ▮ | ▮ | ▮ | ▮ | ▮ |
| 10/17/2019 9:03:51 PM | COA | Money Gram | $100.00 | ▮ | ▮ | ▮ | ▮ | ▮ | ▮ |
| 10/7/2019 10:04:28 PM | COA | Money Gram | $200.00 | ▮ | ▮ | ▮ | ▮ | ▮ | ▮ |
| 9/10/2019 7:04:51 AM | COA | Money Gram | $200.00 | ▮ | ▮ | ▮ | ▮ | ▮ | ▮ |
| 8/15/2019 7:04:41 AM | COA | Money Gram | $200.00 | ▮ | ▮ | ▮ | ▮ | ▮ | ▮ |
| 7/29/2019 8:04:13 PM | COA | Money Gram | $100.00 | ▮ | ▮ | ▮ | ▮ | ▮ | ▮ |
| 7/28/2019 7:04:09 AM | COA | Money Gram | $200.00 | ▮ | ▮ | ▮ | ▮ | ▮ | ▮ |
| 7/10/2019 6:03:59 PM | COA | Money Gram | $200.00 | ▮ | ▮ | ▮ | ▮ | ▮ | ▮ |
| 6/13/2019 8:03:59 PM | COA | Money Gram | $200.00 | ▮ | ▮ | ▮ | ▮ | ▮ | ▮ |
| 5/29/2019 9:04:06 PM | COA | Money Gram | $200.00 | ▮ | ▮ | ▮ | ▮ | ▮ | ▮ |
| 5/18/2019 9:03:54 PM | COA | Money Gram | $200.00 | ▮ | ▮ | ▮ | ▮ | ▮ | ▮ |
| 5/12/2019 7:04:00 AM | COA | Money Gram | $100.00 | ▮ | ▮ | ▮ | ▮ | ▮ | ▮ |

User ID: ▮

Date: 07/25/2021  
Time: 11:49 AM  
Location: DC

**Federal Bureau of Prisons**

| Transaction Date | Loc | Trans Type | Amount | Sender Nm | Address | City | St | Zip | Phone |
|---|---|---|---|---|---|---|---|---|---|
| 4/28/2019 11:03:26 AM | COA | Money Gram | $200.00 | ▮ | ▮ | ▮ | ▮ | ▮ | ▮ |
| 4/9/2019 9:04:03 PM | COA | Money Gram | $200.00 | ▮ | ▮ | ▮ | ▮ | ▮ | ▮ |
| 3/29/2019 11:03:44 AM | COA | Money Gram | $200.00 | ▮ | ▮ | ▮ | ▮ | ▮ | ▮ |
| 3/11/2019 5:04:38 PM | COA | Money Gram | $200.00 | ▮ | ▮ | ▮ | ▮ | ▮ | ▮ |
| 2/15/2019 7:04:35 AM | COA | Money Gram | $200.00 | ▮ | ▮ | ▮ | ▮ | ▮ | ▮ |
| 1/27/2019 8:04:25 PM | COA | Money Gram | $200.00 | ▮ | ▮ | ▮ | ▮ | ▮ | ▮ |
| 1/18/2019 7:04:35 AM | COA | Money Gram | $100.00 | ▮ | ▮ | ▮ | ▮ | ▮ | ▮ |
| 1/3/2019 10:03:52 PM | COA | Money Gram | $200.00 | ▮ | ▮ | ▮ | ▮ | ▮ | ▮ |
| 12/19/2018 1:04:21 PM | COA | Money Gram | $200.00 | ▮ | ▮ | ▮ | ▮ | ▮ | ▮ |
| 12/11/2018 7:04:46 AM | COA | Money Gram | $100.00 | ▮ | ▮ | ▮ | ▮ | ▮ | ▮ |
| 11/27/2018 10:04:07 PM | COA | Money Gram | $200.00 | ▮ | ▮ | ▮ | ▮ | ▮ | ▮ |
| 11/10/2018 3:03:58 PM | COA | Money Gram | $200.00 | ▮ | ▮ | ▮ | ▮ | ▮ | ▮ |
| 10/30/2018 9:04:07 PM | COA | Money Gram | $200.00 | ▮ | ▮ | ▮ | ▮ | ▮ | ▮ |
| 10/18/2018 10:03:37 PM | COA | Money Gram | $200.00 | ▮ | ▮ | ▮ | ▮ | ▮ | ▮ |
| 10/8/2018 10:04:16 PM | COA | Money Gram | $100.00 | ▮ | ▮ | ▮ | ▮ | ▮ | ▮ |
| 10/1/2018 9:05:05 PM | COA | Money Gram | $100.00 | ▮ | ▮ | ▮ | ▮ | ▮ | ▮ |
| 7/26/2018 7:03:16 PM | TCN | Money Gram | $100.00 | ▮ | ▮ | ▮ | ▮ | ▮ | ▮ |
| 6/23/2018 5:03:11 PM | TCN | Money Gram | $100.00 | ▮ | ▮ | ▮ | ▮ | ▮ | ▮ |
| 6/22/2018 10:02:51 AM | TCN | Western Union | $30.00 | ▮ | ▮ | ▮ | ▮ | ▮ | |
| 6/9/2018 6:03:14 PM | TCN | Money Gram | $100.00 | ▮ | ▮ | ▮ | ▮ | ▮ | ▮ |
| 6/9/2018 3:03:18 PM | TCN | Money Gram | $100.00 | ▮ | ▮ | ▮ | ▮ | ▮ | ▮ |
| 6/9/2018 5:02:22 AM | TCN | Lockbox - CD | $30.00 | ▮ | ▮ | ▮ | ▮ | ▮ | |

User ID: ▮

Date: 07/25/2021
Time: 11:49 AM

Location: DC

## Federal Bureau of Prisons

| Transaction Date | Loc | Trans Type | Amount | Sender Nm | Address | City | St | Zip | Phone |
|---|---|---|---|---|---|---|---|---|---|
| 5/24/2018 7:03:24 PM | TCN | Money Gram | $100.00 | ▮ | ▮ | ▮ | ▮ | ▮ | ▮ |
| 4/25/2018 3:03:04 PM | TCN | Western Union | $50.00 | ▮ | ▮ | ▮ | ▮ | ▮ | |
| 4/18/2018 6:03:20 PM | TCN | Money Gram | $100.00 | ▮ | ▮ | ▮ | ▮ | ▮ | ▮ |
| 4/13/2018 5:01:17 AM | TCN | Lockbox - CD | $30.00 | ▮ | ▮ | ▮ | ▮ | ▮ | |
| 2/18/2018 5:00:51 AM | TCN | Lockbox - CD | $250.00 | | | | | | |
| 2/14/2018 5:03:22 PM | TCN | Money Gram | $100.00 | ▮ | ▮ | ▮ | ▮ | ▮ | ▮ |
| 2/10/2018 7:03:21 PM | TCN | Money Gram | $35.00 | ▮ | ▮ | ▮ | ▮ | ▮ | ▮ |
| 2/10/2018 4:03:01 PM | TCN | Western Union | $40.00 | ▮ | ▮ | ▮ | ▮ | ▮ | |

## Money Sent

| Transaction Date | Loc | Trans Type | Amount | Recipient Nm | Address | City | St | Zip |
|---|---|---|---|---|---|---|---|---|
| 6/4/2021 8:39:16 AM | COA | FRP Quarterly Pymt | ($25.00) | PAY TO BOP | | | | |
| 3/5/2021 3:31:26 PM | COA | FRP Quarterly Pymt | ($25.00) | PAY TO BOP | | | | |
| 12/4/2020 4:03:49 PM | COA | FRP Quarterly Pymt | ($25.00) | PAY TO BOP | | | | |
| 9/4/2020 2:50:36 PM | COA | FRP Quarterly Pymt | ($25.00) | PAY TO BOP | | | | |
| 6/8/2020 11:01:14 AM | COA | FRP Quarterly Pymt | ($25.00) | PAY TO BOP | | | | |
| 3/6/2020 12:34:14 PM | COA | FRP Quarterly Pymt | ($25.00) | PAY TO BOP | | | | |
| 12/6/2019 9:26:30 AM | COA | FRP Quarterly Pymt | ($25.00) | PAY TO BOP | | | | |
| 9/6/2019 2:23:24 PM | COA | FRP Quarterly Pymt | ($25.00) | PAY TO BOP | | | | |
| 6/7/2019 11:46:15 AM | COA | FRP Quarterly Pymt | ($25.00) | PAY TO BOP | | | | |
| 3/8/2019 1:01:10 PM | COA | FRP Quarterly Pymt | ($25.00) | PAY TO BOP | | | | |
| 12/7/2018 11:16:50 AM | COA | FRP Quarterly Pymt | ($25.00) | PAY TO BOP | | | | |
| 9/12/2018 2:50:50 PM | COA | Inmate Co-pay | ($2.00) | PAY TO BOP | | | | |
| 6/8/2018 1:21:55 PM | TCN | FRP Quarterly Pymt | ($25.00) | PAY TO BOP | | | | |

User ID: ▮