# EXHIBIT 2

# United States Treasury

19-51/000    B 246,307,282

01 06 21   20091800   KANSAS CITY, MO    4043 07183902
000626335154    4043 07183902 I    20203631810002

Check No. 4043 07183902

Pay to the order of **LAWRENCE G NASSAR**
TFB 21504-040

$*****600*00

VOID AFTER ONE YEAR

ECONOMIC IMPACT PAYMENT
PRESIDENT DONALD J. TRUMP

REGIONAL DISBURSING OFFICER
Vona S. Robinson

⑆40436⑆   ⑈000000518⑈   07183902⑉   040121

United States Treasury  15-51/000   B 287,042,845

Check No

03 26 21 20091800   KANSAS CITY, MO       4044 03923095
000660977293    4044 03923095 I           20210771810003

Pay to the order of   LAWILENCE G NASSAR
21504-040

$****1400*00

VOID AFTER ONE YEAR

REGIONAL DISBURSING OFFICER

ECONOMIC IMPACT PAYMENT

005029

⑊4044⑊    ⑉000000518⑉ 039230950⑊ 040321