# EXHIBIT 3



U.S. Department of Justice

United States Marshals Service

*Asset Forfeiture Division*

*Arlington, VA 22202*

July 22, 2021

BY E-MAIL

Warden
FCI Coleman USP-2
846 NE 54th Terrace
Sumterville, FL 33521

**SUBJECT**:  United States of America v. Lawrence Gerard Nassar
Docket No. 16CR242
Inmate Lawrence G. Nassar
Reg. No. 21504-040

Dear Warden:

I have recently learned of the inmate trust account balance for Inmate Lawrence Gerard Nassar.  I  respectfully request, notwithstanding continued deposits, the forthwith encumbrance of his trust account from all outbound financial transactions and withdrawals. This request is consistent with Bureau of  Prisons (BOP) Program Statement 4500.10, Trust Fund/Deposit Fund Manual, specifically   Section 8.8.

On December 7, 2017, the United States District Court for the Western District of Michigan imposed a Judgment of criminal monetary penalties in Mr. Nassar's criminal case in  the amount of fifty-seven thousand four hundred eighty-eight dollars and fifty-two cents ($57,488.52).  A special assessment in the amount of five thousand three hundred dollars ($5,300) was also imposed.  Accordingly, this Office will be seeking an Order of Forfeiture of Substitute Assets, pursuant to 21 U.S.C. § 853(p), to seize all monies on deposit in the Account as a substitute asset that can be used to satisfy the unpaid judgment.  We request that, until an Order of Forfeiture of Substitute Assets is issued, the Account be restrained such that no monies on deposit may be withdrawn from or transferred out of the Account.

Thank you for your cooperation and assistance.  Please notify me when the account balance has been frozen and provide me with the exact balance once the account is restrained. Feel free to contact me should you have any  questions.

Sincerely,

*Caroline Kelessidou*

Caroline Kelessidou
Chief, AFD

Financial
Investigations
Caroline.Kelessidou@usdoj.gov

Attachment – Judgment Order

cc:   Joel Fauson
      Assistant United States Attorney
      Grand Rapids, MI 49503
      Joel.Fauson@usdoj.gov