UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

LAWRENCE GERARD NASSAR,

    Defendant.
_____/

Case No. 1:16-cr-242

HON. JANET T. NEFF

## **ORDER**

Pending before the Court is the government's Motion to Turn Over Funds in Inmate Trust Account to Apply to Criminal Monetary Penalties (ECF No. 69).  Defendant will be given fourteen (14) days from the date of this Order to respond to the motion.  Accordingly:

**IT IS HEREBY ORDERED** that Defendant shall, not later than August 12, 2021, file a response, if any, to the motion to turn over funds (ECF No. 69).


Dated: July 29, 2021

      /s/ Janet T. Neff
JANET T. NEFF
United States District Judge