UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,                      No. 1:16-CR-242

vs.                            Hon. Janet T. Neff
                                        United States District Judge

LAWRENCE GERARD NASSAR,

        Defendant.
_____

## NOTICE OF RECEIPT OF RESPONSE

Notice is hereby given that on August 9, 2021, the U.S. Attorney's Office received the defendant's Response to Motion to Turn Over Funds in Inmate Trust Account to Apply to Criminal Monetary Penalties. (Attachment A.) The defendant's Certificate of Service states the Response was sent to the U.S. Attorney's Office and the U.S. District Court by mail on August 4, 2021. (Attachment A at 6.)  Because the Court has not yet received its copy for docketing, the United States is providing a copy of what it received from the defendant.

                                                   Respectfully submitted,

                                                   ANDREW BYERLY BIRGE
                                                   United States Attorney

August 18, 2021                         /s/ Joel S. Fauson
                                            JOEL S. FAUSON
                                            Assistant United States Attorney
                                            Post Office Box 208
                                            Grand Rapids, MI  49501-0208
                                            (616) 456-2404
                                            joel.fauson@usdoj.gov